```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO GARCIA-VERDUZCO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO GARCIA-VERDUZCO,<br><br>　　　　Defendant. | CASE NO. 2:10-cr-00286-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

　　　This case is currently scheduled for a status hearing on October 21, 2010.  The defense have requested additional discovery from the United States which will soon be forthcoming.  The attorneys for both parties have conferred and agree that additional time is needed for defense to review the additional discovery, conduct its own investigation, and perform its legal research before conducting meetings between the parties with the goal being to resolve the case by way of a disposition.

　　　Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare her client's defense taking into account due diligence.  The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

1

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Thursday, October 21, 2010, be continued until Thursday, December 16, 2010. In addition, the parties stipulate that the time period from October 21, 2010, to December 16, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

  A proposed order is attached and lodged separately for the court's convenience.

DATED: October 21, 2010

          Respectfully submitted,

BENJAMIN B. WAGNER       DANIEL J. BRODERICK
United States Attorney         Federal Defender

By:
*/s/ Lexi Negin for*          */s/ Lexi Negin*
SAMUEL WONG          LEXI NEGIN
Assistant U.S. Attorney        Assistant Federal Defender
Attorney for United States       Attorney for Alejandro Garcia-Verduzco

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-10-286 MCE |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ALEJANDRO GARCIA-VERDUZCO, | |
| Defendant. | |

Based on the reasons set forth in the stipulation of the parties filed on October 21, 2010, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, October 21, 2010,  be vacated and that the case be set for **Thursday, December 16, 2010, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 21, 2010, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from October 21, 2010, through December 16, 2010, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: October 21, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2