DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO GARCIA-VERDUZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-10-00286 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ALEJANDRO GARCIA-VERDUZCO, | ) | |
| Defendant. | ) | |

    This case is currently scheduled for a status hearing on December 16, 2010.  The defense have requested additional discovery from the United States which will soon be forthcoming.  The attorneys for both parties have conferred and agree that additional time is needed for defense to review the additional discovery, conduct its own investigation, and perform its legal research before conducting meetings between the parties with the goal being to resolve the case by way of a disposition.

    Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare her client's defense taking into account due diligence.  The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

1

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Thursday, December 16, 2010, be continued until Thursday, February 17, 2011. In addition, the parties stipulate that the time period from December 16, 2010, to February 17, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: December 14, 2010

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| By:<br>*/s/ Lexi Negin for*<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Alejandro Garcia-Verduzco |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO GARCIA-VERDUZCO,<br><br>Defendant. | CASE NO. CR-S-10-286 MCE<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

Based on the reasons set forth in the stipulation of the parties filed on December 14, 2010, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, December 16, 2010, be vacated and that the case be set for **Thursday, February 17, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 14, 2010, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from December 16, 2010, through February 17, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: December 14, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2