DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO GARCIA-VERDUZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-0286 KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS HEARING AND TO EXCLUDE TIME |
| ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| ) | |
| ALEJANDRO GARCIA-VERDUZCO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   This case is currently scheduled for a status hearing on March 24, 2011.  The United States has provided a video recording of the scene of the alleged offense and a partial count of marijuana plants found at the scene.  Defense counsel needs an expert to review the recording, however, the expert is unavailable until May.  The attorneys for both parties have conferred and agree that additional time is needed for defense to confer with an expert.

   Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare her client's defense taking into account due diligence.  The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Thursday, March 24, 2011, be continued until Thursday, May 12,

1

2011. In addition, the parties stipulate that the time period from March 24, 2011, to May 12, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

DATED: March 22, 2011

                      Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| By: | |
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| SAMUEL WONG | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Alejandro Garcia-Verduzco |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-00286 KJM |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING |
|   ) | AND EXCLUDING TIME PURSUANT TO THE |
| ALEJANDRO GARCIA-VERDUZCO, ) | SPEEDY TRIAL ACT |
| Defendant. ) | |
| _____ ) | |

Based on the reasons set forth in the stipulation of the parties filed on March 22, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, March 24, 2011, be vacated and that a status conference be set for **Thursday, May 12, 2011, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 22, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from March 24, 2011, through May 12, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: March 22, 2011.

_____
UNITED STATES DISTRICT JUDGE