DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO GARCIA-VERDUZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-0286 KJM |
| Plaintiff, ) | |
| v.  ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ALEJANDRO GARCIA-VERDUZCO, ) | |
| Defendant. ) | |

This case is currently scheduled for a status hearing on May 12, 2011. The attorneys for both parties have conferred and agree that additional time is needed for defense counsel to confer with an expert to help prepare defendant's defense, and for meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Thursday, May 12, 2011, be continued until Thursday, May 19, 2011. In addition, the parties stipulate that the time period from May 12, 2011, through and including May 19, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: April 29, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| By:<br>/s/ Lexi Negin for<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Alejandro Garcia-Verduzco |

1

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   CASE NO. 2:10-cr-00286 KJM
                                     )
11              Plaintiff,           )
                                     )
12       v.                          )   ORDER CONTINUING STATUS HEARING
                                     )   AND EXCLUDING TIME PURSUANT TO THE
13                                   )   SPEEDY TRIAL ACT
    ALEJANDRO GARCIA-VERDUZCO,       )
14                                   )
                Defendant.           )
15  _____)

16       Based on the reasons set forth in the stipulation of the parties filed on April 29, 2011, and good
17  cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   IT IS HEREBY
18  ORDERED that the status conference currently scheduled for Thursday, May 12, 2011,  be vacated and
19  that the case be set for **Thursday, May 19, 2011, at 10:00 a.m.**  The Court finds that the ends of justice to
20  be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy
21  trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 29, 2011,
22  stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is
23  excluded during the time period from May 12, 2011, through and including May 19, 2011, pursuant to 18
24  U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the
25  reasonable time to prepare taking into account due diligence.
26  Dated:  April 29, 2011.
27                                                        _____
28                                                        UNITED STATES DISTRICT JUDGE

                                                2