DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO GARCIA-VERDUZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-cr-00286 KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ALEJANDRO GARCIA-VERDUZCO, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney, and defendant, ALEJANDRO GARCIA-VERDUZCO by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Thursday, May 19, 2011, be continued to Thursday, June 9, 2011.

The reason for this continuance is because defense counsel has completed consultation with an expert and the parties are now discussing the applicable sentencing guidelines and a possible resolution of the case short of trial. Defense counsel desires additional time to explain to her client the outcome of the discussions with the United States. In addition, the government is in the process of discussing the case with the case agent to obtain further information requested by the defense.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Thursday, May 19, 2011, be continued until Thursday, June 9, 2011. In addition,

the parties stipulate that the time period from May 19, 2011, through and including June 9, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

DATED: May 18, 2011

    Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| By:<br>*/s/ Lexi Negin for*<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Alejandro Garcia-Verduzco |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-00286 KJM |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ALEJANDRO GARCIA-VERDUZCO, ) | |
| Defendant. ) | |

Based on the reasons set forth in the stipulation of the parties filed on May 18, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, May 19, 2011, be vacated and that the case be set for **Thursday, June 9, 2011, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 18, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from May 19, 2011, through and including June 9, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: May 18, 2011.

_____
UNITED STATES DISTRICT JUDGE

2